Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org


*Attorney for Petitioner Henry Medina


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Henry Medina, | |
| Petitioner, | Case No. 2:25-cv-02623-APG-DJA |
| v. | ORDER GRANTING |
| Chief Council, *et al.*, | **Unopposed Motion for Extension of Time to File Reply to Response to Amended Petition** |
| Respondents. | |
| | **(FIRST REQUEST)** |

Petitioner request that the court extend the due date for Petitioner's reply to Respondents' response to the amended petition by two weeks, up to and including February 20, 2026. This is Mr. Medina's first request for an extension of time.

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on December 29, 2025.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Medina.[2] Undersigned counsel appeared on January 13, 2026.[3] Respondents filed a response to Medina's amended petition on January 30, 2026.[4] Mr. Medina's reply to the response is currently due on February 6, 2026.

On February 5, 2026, undersigned counsel conferred with counsel for Respondents regarding an extension of time for Mr. Medina to file a reply to Respondents' response. Respondents' counsel agreed to a fourteen-day extension, extending the deadline to February 20, 2026. This is Mr. Medina's first request for an extension of time.

Counsel for Mr. Medina has been diligently working on this matter and requests this additional time to obtain records and determine whether Mr. Medina's issue can be resolved in immigration court proceedings. Counsel for Mr. Medina has reached out to opposing counsel regarding immigration court records he needs to move forward and was told that Respondents will attempt to facilitate the records. Undersigned counsel believes attempting to resolve the issue in immigration court would both serve the interest of judicial economy and clarify the relevant record for habeas review.

Undersigned counsel and counsel for Respondents, Robert Knief, have conferred regarding the need for an extension of time to file the reply to response to amended petition and agree on the proposed extension of two weeks. This request is

---

[1] ECF No. 1.

[2] ECF No. 4.

[3] ECF No. 8.

[4] ECF No. 12.

not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated February 5, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*

Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: February 6, 2026

3