TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Medina Henry,<br><br>        Petitioner,<br><br>        v.<br><br>Chief Council, *et al.*,<br><br>        Respondents. | Case No. 2:25-cv-02623-APG-DJA<br><br>ORDER GRANTING<br><br>**Federal Respondents' Motion for Extension of Time to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 5)**<br><br>**(Second Request)** |

Federal Respondents U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement ("Federal Respondents"), through undersigned counsel, hereby move this Court for an extension of time of five days, from January 28, 2026, to and including February 2, 2026, in which to file a response to the Petition for Writ of Habeas Corpus (ECF No. 5). This second extension is needed because this case was reassigned but the reassigned AUSA was out-of-office and will need additional time to complete the review of this matter with the Agency necessary to finalize the response. Without such review, Federal Respondents cannot file a proper response. On January 28, 2026, Federal Respondents emailed Petitioner's counsel about this extension request. At time of filing, Federal Respondents have not received a reply, although Petitioner's counsel had previously indicated his intent to decline any additional extension.

This is Federal Respondents' second request for an extension of time in this matter. This extension request is made in good faith and not for purposes of undue delay.

### Memorandum of Points and Authorities

On December 29, 2025, Petitioner filed his Petition for Writ of Habeas Corpus. ECF No. 1. On January 7, 2026, the Court ordered Federal Respondents to "file and serve their response to the petition within 14 days of the date of this order, unless additional time is allowed for good cause shown." ECF No. 4, p. 3:6-7. On January 23, 2026, the Court granted the parties' stipulation to extend the time for Federal Respondents to respond to January 28, 2026. ECF No. 10. Additional time is necessary for the Federal Respondents to prepare a response to the Petition because this case was reassigned but the reassigned AUSA was out of office and unable to complete review with the agency.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Good cause exists for the requested extension. Federal Respondents are acting diligently in reviewing the documents relating to this Petitioner and determining if additional information is needed to prepare the response to the order. However, additional time is necessary to accommodate the leave taken by the reassigned AUSA who will be handling this case. Without such additional time, a proper response cannot be prepared,

which will unfairly prejudice the Federal Respondents. Accordingly, Federal Respondents respectfully request an additional five days from January 28, 2026, to February 2, 2026, to prepare a response to Petition.

If this motion for an extension of time is granted, the new deadline to respond to the to the Order will be February 2, 2026. Given Federal Respondents' diligence, good cause exists for the five-day extension, so that this case can be adjudicated on the merits, and not solely on Petitioner's allegations. Federal Respondents therefore respectfully request that the Court grant this motion.

Respectfully submitted this 28th day of January 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

IT IS SO ORDERED:

Dated: February 6, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE